IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 04-30139-WDS** |
| | ) | |
| **DOUGLAS FARMER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's motion to suppress electronic surveillance and wiretap evidence (Doc. 365). The motion is clearly boilerplate, and is lacking in specificity. This may be, in part, because the documents to which the motion refers are still filed under seal and are not part of the general discovery in this case.

Accordingly, the Court **DENIES** defendant's motion to suppress. Defendant may seek leave to file a properly supported motion after that information is available to defendant and counsel has properly reviewed the materials to determine if such a motion is warranted.

**IT IS SO ORDERED.**

**DATED: September 6, 2005.**

**s/ WILLIAM D. STIEHL**
**United States District Judge**