IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 04-30139-01-GPM |
| DOUGLAS FARMER, | ) | |
| Defendant. | ) | |

# ORDER

**MURPHY, District Judge:**

Defendant, Douglas Farmer, continues to file motions in this criminal case (*see* Docs. 961, 966). The Court lacks jurisdiction to hear these motions. Judgment was entered on June 25, 2007 (*see* Doc. 757); the mandate of the Court of Appeals was filed on October 6, 2008 (*see* Docs. 923). Farmer does not cite to any statute or case which grants this Court the authority to consider his motions.

Accordingly, the instant motions are **DENIED**.

**IT IS SO ORDERED.**

DATED: 5/13/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge